24371

ADVANCE INTERNATIONAL, INC., Respondent v. NORTH CAROLINA NATIONAL BANK OF SOUTH CAROLINA, Petitioner.

(466 S.E. (2d) 367)

Supreme Court

*S. Keith Hutto* and *James Y. Becker*, both of *Nelson Mullins Riley & Scarborough, L.L.P.*, of Columbia, *for petitioner.*

*Harry A. Swagart, III,* of *Swagart & Walker, P.A.,* Columbia, *for respondent.*

Heard Nov. 14, 1995.

Decided Jan. 22, 1996.

## ON WRIT OF CERTIORARI TO
## THE COURT OF APPEALS

*Per Curiam:*

We granted certiorari to review the Court of Appeals' decision in *Advance Internat'l, Inc. v. North Carolina Nat'l Bank*, 316 S.C. 266, 449 S.E. (2d) 580 (Ct. App. 1994). We affirm that decision to the extent it upholds the circuit court order striking the res judicata and compulsory counterclaim defense from petitioner's answer. We vacate the opinion, however, to the extent it decides in dicta issues related to the doctrines of unclean hands and equitable subordination.

Affirmed in part; vacated in part.